**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN THE MATTER OF THE SEARCH OF THE PERSON OF BRUCE SANCHEZ (DNA).

Case No. 3:26-mj-0054-CSD

**[Proposed] Order Granting Government's Motion to Unseal Search Warrant**

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the above-captioned warrant and accompanying documents, including the application, affidavit, and attachments, shall be unsealed.

DATED this __6th__ day of July 2026.

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

3